USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTAURA THOMPSON, as Administratrix of the Estate of Robert Thompson,

          Plaintiff,

v.

UBER TECHNOLOGIES, INC., JOEL ROSARIO GRULLON, HERMANY INC.,

          Defendants.

No. 22-CV-2117 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case has been reassigned to me for all purposes. It is hereby ordered as follows:

Judge Nathan's referral of the pending motion to remand to Magistrate Judge Wang, Dkt. 8, is withdrawn.

The Court will hold a conference to discuss the motion to remand on Wednesday, May 4, 2022, at 11:00 a.m. Unless the parties request otherwise, the conference will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    April 27, 2022
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge