

Derek M. Zisser | Partner
Direct 516.281.9834 | dzisser@goldbergsegalla.com

May 1, 2022

**VIA SDNY ECF ONLY**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

   **Re:**  **Thompson v. Uber Technologies, Inc. et al.**
      **Docket No.:**  22-CV-02117 (RA) (OTW)
      **GS File No.:**  15896.0603

Dear Honorable Justice Abrams

  I represent Defendant Uber Technologies, Inc. in the above-captioned matter. I write to respectfully request an adjournment of the motion conference, currently scheduled for May 4, 2022, due to the fact that the undersigned is currently engaged in a trial before Judge Hom in the Supreme Court of the State of New York, County of Queens that is expected to last approximately two more weeks. That matter is captioned <u>Adams v. 16302 Jamaica Avenue, LLC, et al.</u>, Index No.: 712034/2020. This is the first request for an adjournment.

  This requests is made upon consent of all counsel and all counsel are available on the afternoon of May 20th for the rescheduled conference.

  I thank the Court for its consideration of this request.

         Respectfully submitted,

         *Derek M. Zisser*

Application granted. The conference is adjourned to May 20, 2022 at 3:30 p.m. The dial-in information remains the same.

DMZ:

CC:
**VIA SDNY ECF ONLY**
Ms. Lora H. Gleicher, Esq., Attorney for Plaintiff
Ms. Claire F. Rush, Esq., Attorney for Co-Defendants

SO ORDERED.

_____
Hon. Ronnie Abrams
May 2, 2022

Please send mail to our scanning center at: PO Box 780, Buffalo NY 14201

**OFFICE LOCATION** 200 Garden City Plaza, Suite 520, Garden City, NY 11530-3203 | **PHONE** 516-281-9800 | **FAX** 516-281-9801 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
33232270.v1