UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTAURA THOMPSON, as Administratrix of the Estate of ROBERT THOMPSON, deceased,

        Plaintiff,

v.

UBER TECHNOLOGIES, INC., JOEL ROSARIO GRULLON and HERMANY, INC.,

        Defendants.

No. 22-CV-2117 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 8, 2022, the Court stayed this matter pending the state court's decision on the motion to amend in *Thompson v. Grullon, et al.*, Bronx Index No. 25750/2020E. The Court further ordered the parties to file a status letter on the docket no later than one week after the state court's decision in that matter. To date, the Court has received no update from the parties.

No later than August 9, 2023, the parties shall update the court on the state court proceedings and propose next steps in this matter.

SO ORDERED.

Dated:   July 25, 2023
          New York, New York

                                                Ronnie Abrams
                                                United States District Judge