UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTAURA THOMPSON as Administratrix of the Estate of ROBERT THOMPSON, deceased,

              Plaintiff,

v.

UBER TECHNOLOGIES, INC., JOEL ROSARIO GRULLON and HERMANY, INC,

              Defendants.

No. 22-CV-2117 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On March 15, 2022, Defendant Uber Technologies, Inc. removed this action to this Court on the basis of diversity jurisdiction. On March 21, 2022, Plaintiff Thompson moved to remand to state court, asserting that the Court lacked jurisdiction given that Defendants Joel Rosario Grullon and Defendant Hermany, Inc. "are citizens of the same state as [P]laintiff," Dkt. 6-2, and that the parties are thus not completely diverse. On May 24, 2022, Plaintiff moved to amend her complaint in a similar action pending in state court, *Thompson v. Grullon, et al.*, Bronx Index No. 25750/2020E, to include Uber as a defendant, and in a subsequent letter motion to this Court, requested that the instant action "be remanded to state court and be consolidated with" the state court case. Dkt. 18. The Court stayed this action on June 8, 2022 pending the state court's decision on Plaintiff's motion to amend in that action, and ordered the parties to submit a status letter "[w]ithin one week of the decision in" the state court case.

    On July 25, 2023, the Court directed the parties to file an update on the status of the state court action. In an August 1, 2023 letter, Defendant Uber notified the Court that the state court had granted the motion to amend on November 2, 2022, explaining that "[g]iven that the court has

granted Plaintiff's motion and since Plaintiff has subsequently filed the amended complaint, it appears that this matter should be remanded to state court and ultimately discontinued" in favor of the state court action. On August 4, 2023, Plaintiff joined in Defendant Uber's request.

      In light of the agreement between the parties, Plaintiff's motion to remand is granted. The Clerk is respectfully directed to remand this case and to close the docket.

SO ORDERED.

Dated:     August 7, 2023
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge